```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/01/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI                                              :
                                                           :    22-CV-0730 (PAE) (RWL)
                Plaintiff,                        :
                                                           :
   - against -                                           :
EDWARD BRUE, et al.,                                       :    **ORDER**
                                                           :
                Defendants.                      :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By February 7, 2022, plaintiff's counsel shall file a letter explaining why this case should not be dismissed as a violation of bail conditions set in 21-CR-217.

                                  SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: February 1, 2022
         New York, New York

Copies transmitted this date to all counsel of record.