# AFFIDAVIT OF SERVICE

| Case:<br>1:22-cv-00730-PAE | Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County: | Job:<br>6640136 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>DINO ANTOLINI | | Defendant / Respondent:<br>EDWARD BRUE, 184 WEST 10TH STREET CORP., 230W 4ST LLC, SETH COHEN, ADAM ELZER, DAVID RODOLITZ, AMAR LALVANI, ALEXANDER STUPAK, SADA ONE LLC and EMPELLON LLC | | |
| Received by:<br>Joshua Lee / Rush Ready Serve | | For:<br>FINKELSTEIN LAW GROUP, PLLC | |
| To be served upon:<br>Sada One LLC | | | |

I, Joshua Lee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Will G., Company: 230 W 4th St, New York, NY 10014
**Manner of Service:** Authorized, Feb 2, 2022, 4:00 pm EST
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Feb 2, 2022, 4:00 pm EST at Company: 230 W 4th St, New York, NY 10014 received by Will G.. Age: 35; Ethnicity: Hispanic; Gender: Male; Weight: 180; Height: 5'8"; Hair: Black; Eyes: Brown; Relationship: General Manager ; Other: Hispanic, male, 35, 5-8, 180, black hair, brown eyes. ;
Server arrived at the restaurant location, and spoken with a male who was standing outside of the location. Server explained why he is there, and the male identified himself as the general manager of the location and accepted service.

Joshua Lee                 Date 2/3/22
2095110-DCA

Joshua Lee / Rush Ready Serve
2851 Cropsey Ave Suite 130
Brooklyn, NY 11214
6465526070

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public: Natasha M. Zamor
Date: 2/3/2022         Commission Expires: 4/12/2025

NATASHA M ZAMOR
Notary Public - State of New York
NO. 01ZA6416317
Qualified in Kings County
My Commission Expires Apr 12, 2025