```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI                                               :
                                                            :
                              Plaintiff,                    :
                                                            :
        - against -                                         :
EDWARD BRUE, et al.,                                        :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

22-CV-0730 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has notified the U.S. Attorney of the question raised by the Court's order to show cause. This case is hereby STAYED pending further information on whether and to what extent the U.S. Attorney may take relevant action, if any.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 17, 2022
       New York, New York

Copies transmitted this date to all counsel of record.